| DIST. | OFF. | DOCKET YR. NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 867 | 8 | 85 049 | 1 16 85 | 2 | 895 | 1 | | | | 6710 M | 31055 | | 85-0-49 |

**PLAINTIFFS**

(1) JONES, William D.

JUDGE BEAM

**DEFENDANTS**

(1) MERIT SYSTEMS PROTECTION BOARD,
(2) ELLINGWOOD, Herbert E., Chairman

Consolidated &
Related to CV 85-0-722

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

5 U.S.C. 522 Freedom of Information Act - to require Defendant to permit access to records in their possession

**ATTORNEYS**

(1) Pro Se
~~1306 S. 93rd St.~~
~~Omaha, NE 68124~~
~~(391-1306)~~

* 3607 Gene Field Rd. A-47
St. Joseph, MO 64506   7/31/86
816-279-3462

Pro Se   (9/26/86)
1306 So. 93rd Street
Omaha, Nebraska 68124
(391-1306)

(1,2) Paul W. Madgett, AUSA

| ☐ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | Jan., 1985 |
| | | | | JS-6 | Sep., 1986 |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev. 9/81)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 Jan 16 | 1. | Complaint w/req. for trial at Omaha. Issued Summons handed to Pro Se P. |
| Jan 29 | 2. | Summons w/ret. (4) |
| Feb 15 | 3. | D's Req. for Ext. of time to answer. |
| | 4. | Clerk's Order thatD granted addl. 30 days to answer Complaint. Copies mailed to Pro Se P & del.to USA. |
| Mar 6 | 5. | Ds' Answer. |
| Mar 12 | 6. | P's Reply to D's Ans. w/attachments. |
| May 1 | 7. | Pl's Letter Response to reminder letter of Judge Beam. |
| May 14 | 8. | Progression Order (CAB) - Trial is set at non-jury session beginning December, 1985; PTC will be held at 10:30 A.M. on 11/14/85 in Rm. 9014, etc.; proposed PTO due on or prior to 10/18/85; discovery shall be completed by 10/4/85; status report due on or prior to 6/7/85; etc. Copy mailed to Pl and copy del. to U.S. Attorney. |
| May 29 | 9. | P's Cert. of Serv. re: Req. for Adm. |
| Jun 3 | 10. | D, USA's Not. to take depos. of William D. Jones. |
| Jun 5 | 11. | P's Status Report. |
| Jun 26 | 12. | P's Mot. to Ext. Time in Which to File Mot. & Order (CAB) that Dis granted until 8-5-85 to file Mot. for SJ. Copy del. U.S.A. & mailed to counsel. |
| Jul 1 | 13. | P's Reply to Ds Mot. to ext. time to file Mot. |
| Jul 5 | 14. | Pl's Certificate of Service of Request For Admissions. |
| Sep 24 | 15. | Copy of reminder letter (CAB) re: PTO & PTC. Copy mailed to Pro Se Pl and copy del. to U.S. Attorney. |
| Sep 24 | 16. | Cert. of Rpt., re: Depos. of William D. Jones. |
| Oct 3 | 17. | P's Req. for Admission w/attachments. |
| Oct 18 | 18. | P's Proposed Finding of Fact. |
| Oct 21 | 19. | Order (CAB) that Conference is set for 11-5-85 @ 8:30 a.m. Copy del. U.S.A. & mailed to Pro Se P, cert. mail ret. receipt req. |
| Nov 14 | 20. | Order (DLP) that Ds' Counsel to show cause w/in 5 days why he should not be held in contempt for failure to abide by an order of this court. Copies mailed to counsel & del. to USA. |
| Nov 18 | 21. | D's Show Cause w/attachment. |
| Nov 27 | 22. | Order (CAB) that Court's Order to show cause (filing 20) is withdrawn; that PTC is scheduled for December 5, 1985 at 10:00 A.M. in Rm. 9420, etc. Copy mailed to Pro Se Pl and copy del. to U.S. Attorney. |

JC 111A
Rev. 1/75

**CIVIL DOCKET CONTINUATION SHEET**

PLAINTIFF: William Jones

DEFENDANT: Merit Systems Protection Board

DOCKET NO. 85-0-49

PAGE ___ OF ___ PAGES

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 Dec 4 | 23. | D's Proposed Findings of Fact & Conclusions of Law. |
| Dec 5 | 24. | D's Mot. & Order (CAB) for leave to file brief in excess of 10 pgs. Copies del. & handed to counsel. |
|  | 25. | Order (DLP) on PTC held 12-5-85. Parties have copies. |
| Dec 9 | 26. | P's Mot. for Sanctions. |
|  | 27. | P's Statement of Damages. |
| Dec 18 | 28. | Order (CAB) that P's Mot. (#26) for sanctions is denied. Copy mailed to Pro Se P & del. to USA. |
| 1986 Feb 3 | 29. | Df U.S.A.'s Motion For Judgment on Pretrial Order. |
| Feb 6 | 30. | Pl's Response to Motion For Judgment on Pretrial Order. |
| Mar 3 | 31. | Order (CAB) that D's Mot. (#29) for SJ is denied. Copy mailed to Pro Se P & del. to USA. |
| Mar 21 | 32. | P's Mot. for Continuation of trial. |
| Apr 22 | 33. | Order (CAB) that CV 85-0-49 & CV 85-0-722 are consolidated for trial; P's Mot. 32 is granted; Matter set for NJ Session 8-86. Copy del. U.S.A. & mailed to Pro Se P. |
| Aug 25 | 34. | Ctrm. Min. b/4 CAB - Trial. Case Submitted. |
|  | 35. | List of Exhibits. |
|  | 36. | List of Witnesses. |
| Sep 5 | 37. | Memorandum Opinion. |
|  | 38. | Judgment (CAB) - IT IS ORDERED: 1. Judgment is entered in favor of Ds and against P. 2. P's causes of action are dismissed. Copy del. to U.S. Atty. & copy mailed to Pl by cert. mail, return receipt req. |
| Sep 18 | 39. | Order (CAB) that P's Mot. to amend judgment is denied. Copy del. to USA & mailed to P. |
| 1987 Feb 13 |  | Transcript of 8-26-86 filed in CV 85-0-722. |
| Apr 21 | 40. | P's Receipt for Exhibits. |

SEE AUTOMATED DOCKET FOR ADDITIONAL PLEADINGS, IF ANY

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
| --- | --- | --- |
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
| --- | --- | --- |
| | | |